

# NUMBERS 13-23-00227-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**EDNA MASONIC LODGE #767,**                              **Appellant,**

**v.**

**DAMON MOORE THE CHIEF
APPRAISER JACKSON CENTRAL
APPRAISAL DISTRICT,**                              **Appellee.**

---

### On appeal from the 267th District Court
### of Jackson County, Texas.

---

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Benavides and Longoria
### Memorandum Opinion by Justice Benavides

This cause is before the Court on a joint motion for disposition and appellant's motion to waive fees. The parties, having reached an agreement to compromise and settle their differences, request entry of an agreed judgment. The joint motion is construed as a joint motion to vacate and remand. *See* TEX. R. APP. PRO. 43.2 (e).

The Court, having considered the documents on file and the joint motion to vacate and remand, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a). We vacate the subject order, without reference to the merits, dismiss the appeal, and remand the case to the trial court for entry of the agreed, final judgment, in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B), 43.2(d), (e).

Additionally, and in accordance with the parties' agreement, we grant the motion to waive costs in part and deny in part. All costs already incurred in the appeal will be taxed against the party incurring the same. *See* Tex. R. App. P. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained and there shall be no future costs in assessed by this Court.

GINA M. BENAVIDES
Justice

Delivered and filed on
the 6th day of July, 2023.

2